NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


J.B.B.,                                            )
                                                   )
            Appellant,                             )
                                                   )
v.                                                 )            Case No. 2D17-3091
                                                   )
STATE OF FLORIDA,                                  )
                                                   )
            Appellee.                              )
                                                   )
_____ )

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Pinellas
County; Patrice Moore, Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Blain A. Goff, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.